| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Ira Leshin, 139768<br>LAW OFFICE OF IRA LESHIN<br>220 Sansome St.<br>San Francisco, CA 94104 | (415) 398-3950 | **FILED** |
| ATTORNEY FOR (Name)  Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

Law

2008 JUN -6 P 2:18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PLAINTIFF:

Kenneth Ray Law

DEFENDANT:

City of San Jose

| **PROOF OF SERVICE** | DATE:<br>7/15/2008 | TIME:<br>2:00 PM | DEPT/DIV:<br>Court | CASE NUMBER:<br>CV 08 1664 PVT |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Complaint For Damages, Notice of Assignment of Case To A United States Magistrate Judge, ECF Registration Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order For Civil Practice in Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull

2. Party Served:          City of San Jose

3. Person Served:          Nora Pimentel, Deputy City Clerk - Person authorized to accept service of process

4. Date & Time of Delivery:          6/4/2008          3:20 PM

5. Address, City and State:          200 East Santa Clara Street
San Jose, CA  95113

6. Manner of Service:          Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 79.00

Registered California process server.
County: ALAMEDA
Registration No.:1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/6/2008 at Oakland, California.

Signature:  _Wantaregh_

Wantaregh -

FF# 6663832