1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH RAY LAW, | ) | No.   C08-01664 PVT |
| Plaintiff, | ) ) ) | **DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE AND REQUEST FOR A REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | ) ) ) | |
| CITY OF SAN JOSE, COUNTY OF SANTA CLARA, OFFICER ARDIZZONE, | ) ) ) ) | |
| Defendants. | ) ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant County of Santa Clara, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 16, 2008                                    Respectfully submitted,

                                                        ANN MILLER RAVEL
                                                        County Counsel


                                                   By:  _____/S/_____
                                                        GREGORY J. SEBASTINELLI
                                                        Deputy County Counsel

                                                        Attorneys for Defendant
                                                        COUNTY OF SANTA CLARA

130694.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Declination to Proceed Before a U.S.
Magistrate Judge and Request for a
Reassignment to a U.S. District Judge                    1                           C08-01664 PVT