1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA

6

7

8                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 KENNETH RAY LAW,                    )   No.    C08-01664 RMW
                                       )
11        Plaintiff,                    )   **ADR CERTIFICATION BY PARTIES AND**
                                       )   **COUNSEL**
12 v.                                   )
                                       )
13 CITY OF SAN JOSE et. al.,            )
                                       )
14        Defendants.                   )
   _____)

15

16        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

17 he or she has:

18        (1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*

19 *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed*

20 *copies available from the clerk's office for parties in cases not subject to the court's Electronic*

21 *Case Filing program (ECF) under General Order 45)*;

22        (2)    Discussed the available dispute resolution options provided by the Court and private

23 entities; and

24        (3)    Considered whether this case might benefit from any of the available dispute

25 resolution options.

26 / /

27 / /

28 / /

1      I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2 "conformed" signature (/S/) within this efiled document.

3                             ANN MILLER RAVEL
                             County Counsel

4

5 Dated: September 2, 2008         By:           /S/
                             GREGORY J. SEBASTINELLI

6                              Deputy County Counsel

7                              Attorneys for Defendant
                             COUNTY OF SANTA CLARA

8

9

10 Dated: September 2, 2008         By:           /S/
                             MICHAEL R. GROVES

11                              Attorney for Defendant
                             CITY OF SAN JOSE

12

13

14

15 Dated: September 2, 2008         By:           /S/
                             IRA LESHIN

16

17                              Attorney for Plaintiff
                             KENNETH RAY LAW

18

19

20

21

22

23

24

25

26

27

28   141803.wpd