1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
2 | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
  | OFFICE OF THE COUNTY COUNSEL
3 | 70 West Hedding, East Wing, 9th Floor
  | San Jose, California  95110-1770
4 | Telephone: (408) 299-5900
  | Facsimile: (408) 292-7240

5 | Attorneys for Defendant
  | COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KENNETH RAY LAW, | ) | No.  C08-01664 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | ) | |
| CITY OF SAN JOSE et. al., | ) | |
| Defendants. | ) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R. 5).

The parties agree to hold the ADR session within 120 days of the Case Management Conference.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

ANN MILLER RAVEL
County Counsel

Dated: September 2, 2008        By:  _____/S/_____
                                     GREGORY J. SEBASTINELLI
                                     Deputy County Counsel

                                     Attorneys for Defendant
                                     COUNTY OF SANTA CLARA

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Selecting ADR Process                    1                    C08-01664 RMW

| | |
|---|---|
| Dated: September 2, 2008 | By:  /S/ |
| | MICHAEL R. GROVES |
| | Attorney for Defendant |
| | CITY OF SAN JOSE |

| | |
|---|---|
| Dated: September 2, 2008 | By:  /S/ |
| | IRA LESHIN |
| | Attorney for Plaintiff |
| | KENNETH RAY LAW |

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation (ENE).

Deadline for ADR session _____.

IT IS SO ORDERED.

Dated:_____             _____
                                  HONORABLE RONALD M. WHYTE
                                  United States District Court Judge

141754.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Selecting ADR Process                    2                    C08-01664 RMW