| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| 2 | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)<br>OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor<br>San Jose, California  95110-1770 |
| 4 | Telephone:  (408) 299-5900<br>Facsimile:  (408) 292-7240 |
| 5 | Attorneys for Defendant    ***E-FILED - 9/8/08*** |
| 6 | COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY LAW,                )    No.   C08-01664 RMW
                                )
    Plaintiff,                  )    STIPULATION AND [PROPOSED] ORDER
                                )    SELECTING ADR PROCESS
v.                              )
                                )
CITY OF SAN JOSE et. al.,       )
                                )
    Defendants.                 )
_____)

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R. 5).

The parties agree to hold the ADR session within 120 days of the Case Management Conference.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

ANN MILLER RAVEL
County Counsel

Dated: September 2, 2008          By:        /S/
                                       GREGORY J. SEBASTINELLI
                                       Deputy County Counsel

                                       Attorneys for Defendant
                                       COUNTY OF SANTA CLARA

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [XXXXXX] Order
Selecting ADR Process                    1                    C08-01664 RMW

Dated: September 2, 2008        By:        /S/
                                      MICHAEL R. GROVES

                                      Attorney for Defendant
                                      CITY OF SAN JOSE


Dated: September 2, 2008        By:        /S/
                                      IRA LESHIN

                                      Attorney for Plaintiff
                                      KENNETH RAY LAW


**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation (ENE).

Deadline for ADR session  within 120 days  .

IT IS SO ORDERED.

Dated: 9/8/08

_Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
United States District Court Judge

141754.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [PROPOSED] Order
Selecting ADR Process                     2                    C08-01664 RMW