ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

*E-FILED - 6/23/09*

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| KENNETH RAY LAW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE et al.,<br><br>　　　　Defendants. | No.   C08-01664 RMW<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT FOR DAMAGES AGAINST ALL DEFENDANTS** |

Plaintiff Kenneth Ray Law, and counsel of record for the respective parties, hereby stipulate and agree to an order dismissing with prejudice Plaintiff's Complaint for Damages filed on March 27, 2008 in the United States District Court for the Northern District of California (the "Complaint") in favor of all named defendants including, but not limited to, Defendants City of San Jose, County of Santa Clara, and San Jose Police Officer Joseph Ardizzone. In consideration for dismissing the Complaint, Defendants hereby agree to waive any claim against Plaintiff and/or his counsel of record for attorneys' fees and statutory costs incurred in defending against the allegations in the Complaint.

Dated: May 2⌒, 2009     By: _/s/ Kenneth Law_
　　　　　　　　　　　　　　　　KENNETH RAY LAW
　　　　　　　　　　　　　　　　Plaintiff

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
With Prejudice Plaintiff's Complaint
for Damages Against all Defendants          1          C08-01664 RMW

Dated: May __, 2009

By: _____
IRA LESHIN

Attorney for Plaintiff
KENNETH RAY LAW

Dated: May __, 2009

By: _____
MICHAEL R. GROVES

Attorney for Defendant
CITY OF SAN JOSE

ANN MILLER RAVEL
County Counsel

Dated: May __, 2009

By: _____
/S/
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

**ORDER**

IT IS SO ORDERED.

Date: 5/22/09

_____
HONORABLE RONALD M. WHYTE
United States District Court Judge

185760.wpd

MILLER RAVEL
County Counsel
ty of Santa Clara
Jose, California

Stipulation and Order Dismissing
With Prejudice Plaintiff's Complaint
for Damages Against all Defendants

2

C08-01664 RMW